CG:2017R00470

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 APR 18  PM 4: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. RDB-18-0220 |
|---|---|---|
| v. | * | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| DAVONTE DRUMMOND | * | |
| Defendant | * | |

## INDICTMENT

### COUNT ONE

(Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about December 6, 2017 in the District of Maryland, the defendant,

**DAVONTE DRUMMOND,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit, a Kel-Tec P3AT, .380 caliber, semi-automatic pistol, bearing serial number KZH16, and three (3) Federal .380 caliber cartridges.

18 U.S.C. § 922(g)(1).

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**DAVONTE DRUMMOND,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit, a Kel-Tec P3AT, .380 caliber, semi-automatic pistol, bearing serial number KZH16, and three (3) Federal .380 caliber cartridges.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_Robert K. Hur/cag_
Robert K. Hur
United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreperson

4/18/18
Date